MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiff Charles Riley and the Putative Class

| STEVEN A. GROODE, Bar No. 210500 | SIMERDIP KHANGURA, Bar No. 272525 |
|---|---|
| sgroode@littler.com | skhangura@littler.com |
| LITTLER MENDELSON, P.C. | LITTLER MENDELSON, P.C. |
| 2049 Century Park East | 500 Capitol Mall, Suite 2000 |
| 5th Floor | Sacramento, CA 95814 |
| Los Angeles, CA 90067 | Telephone: (916) 830-7200 |
| Telephone: 310.772.7218 | Facsimile: (916) 561-0828 |
| Fax No.: 213.652.0573 | |

Attorneys for Defendant MEDLINE INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| CHARLES RILEY, | Case No.: 2:18-cv-02626-TLN-EFB |
|---|---|
| Plaintiff, | **ORDER UPON STIPIULATION DISMISSING FIFTH CLAIM FOR RELIEF UNDER PRIVATE ATTORNEYS GENERAL ACT** |
| vs. | |
| **MEDLINE INDUSTRIES, INC.; and DOES 1-100, inclusive,** | |
| Defendants. | |

Order Upon Stipulation Dismissing PAGA Claim – Page 1 of 2

**ORDER**

The Court, having reviewed the Stipulation to Dismiss Fifth Claim for Relief Under Private Attorney General Act ("Stipulation") and good cause appearing, hereby orders:

1. The Parties' Stipulation is approved.

2. Plaintiff's Fifth Claim for Relief for civil penalties under the Private Attorney General Act is hereby dismissed, with prejudice.

IT IS SO ORDERED.

DATED: September 29, 2020

_____
Troy L. Nunley
United States District Judge