|  |  |
|---|---|
| CHARLES RILEY,<br><br>                    Plaintiff,<br><br>         v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>                    Defendant. | No. 2:18-CV-02626 TLN JDP<br><br>**NOTICE OF RELATED CASE ORDER** |
| DEJA NAIR,<br><br>                    Plaintiff,<br><br>         v.<br><br>MEDLINE INDUSTRIES, INC., et al.,<br><br>                    Defendants. | No. 2:22-CV-00331 WBS KJN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a). The actions involve the same parties, are based on the same claims, the same event, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1    IT IS THEREFORE ORDERED that the action denominated 2:22-CV-00331 WBS KJN
2 is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Jeremy D. Peterson
3 for all further proceedings.  Any dates currently set in the reassigned case are hereby
4 VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be known
5 as 2:22-CV-00331 TLN JDP.  IT IS FURTHER ORDERED that the Clerk of Court make
6 appropriate adjustment in the assignment of civil cases to compensate for this reassignment and
7 issue.

                IT IS SO ORDERED. DATED:  March 8, 2022

_____
Troy L. Nunley
United States District Judge